(October 22, 1957)

■ In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEYMOUR BESUNDER, Appellant, against ARTHUR R. SILSDORF et al., Constituting the Board of Trustees of the Incorporated Village of Ocean Beach, Fire Island, Suffolk County, Respondents.— In a proceeding under subdivision 1 of section 331 of the Election Law to strike certain names from the roll of voters for the village election of June 18, 1957 of the Village of Ocean Beach, Suffolk County, the appeal is from an order denying the application. Appeal dismissed, without costs. The election has already been held, and the issue is now moot. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.